# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| **JOSEPH COCCHINI,** <br><br> **Plaintiff,** <br><br> v. <br><br> **THE CITY OF FRANKLIN, TENNESSEE,** <br><br> **Defendant.** | **Case No. 3:23-CV-01185** |

## NOTICE OF APPEARANCE

Please take notice that William E. Squires gives notice of his representation as additional counsel on behalf of the City of Franklin, Tennessee in the above-captioned action before the United States District Court for the Middle District of Tennessee Nashville Division. This Notice is not intended to constitute a waiver of any objection to jurisdiction, service of process, improper joinder, or any other defense or objection in this matter, which defenses and objections are expressly reserved.

Respectfully submitted,

    /s/ William E. Squires
Shauna R. Billingsley (No. 023362)
*City Attorney*
shauna.billingsley@franklintn.gov
William E. Squires (No. 21020)
*Assistant City Attorney*
bill.squires@franklintn.gov
J. Blake Harper (No. 36819)
*Staff Attorney*
blake.harper@franklintn.gov
109 Third Avenue South
Franklin, Tennessee 37064
Telephone:   (615) 550-6603
Facsimile:   (615) 550-6998

## **CERTIFICATE OF SERVICE**

I hereby certify that on this the 11th day of December 2023, I have electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification to all counsel of record as listed below.

Larry L. Crain, Esq.
Emily A. Castro, Esq.
CRAIN LAW GROUP, PLLC
5214 Maryland Way, Suite 402
Brentwood, Tennessee 37027

Gina S. Vogel, Esq.
LEWIS THOMASON
One Centre Square
620 Market Street
Fifth Floor
PO Box 2425
Knoxville, Tennessee 37902

    /s/ William E. Squires