# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| JOSEPH COCCHINI, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 3:23-cv-1185 ) |
| THE CITY OF FRANKLIN, TENNESSEE, | ) ) ) |
| Defendant. | ) ) |

## MOTION TO RESCHEDULE INITIAL CASE MANAGEMENT CONFERENCE

Comes the defendant, by and through counsel, and respectfully moves for a rescheduled date for the Initial Case Management Conference, currently set for January 10, 2024, at 3:00pm (Doc. 5). Counsel for the defendant is traveling to Fort Worth, Texas for a deposition at the scheduled time. Counsel for the plaintiff was contacted prior to the filing of this motion and voices no objection to the motion.

Respectfully submitted this 18th of December, 2023.

/s/ Gina S. Vogel
Jeffrey R. Thompson, BPR # 020310
Gina S. Vogel, BPR # 033526
Lewis Thomason, PC
620 Market Street, PO Box 2425
Knoxville, TN 37901
jrthompson@lewisthomason.com
gvogel@lewisthomason.com

/s/ Shauna Billingsley
Shauna R. Billingsley, BPR No. 023362
City Attorney
City of Franklin, Tennessee Law Department
109 3rd Avenue South
Franklin, TN 37064
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

      The undersigned certifies that on the 18th day of December, 2023, a true and exact copy of this Motion was filed electronically. Notice of this filing will be sent by operation of the court's electronic filing system to all parties indicated on the electronic filing receipt as follows:

Larry L. Crain
Emily A. Castro
Crain Law Group, PLLC
5214 Maryland Way, Suite 402
Brentwood, TN 37027
Larry@crainlaw.legal
Emily@crainlaw.legal
*Attorneys for Plaintiff*

                                              /s/ Gina S. Vogel