IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | | |
|---|---|---|
| JOSEPH COCCHINI | ) | |
| | ) | Case No. 3:23-cv-01185 |
| v. | ) | Chief Judge Crenshaw |
| | ) | Magistrate Judge Holmes |
| THE CITY OF FRANKLIN, TENNESSEE | ) ) | |

**O R D E R**

This case is scheduled for an initial case management conference on February 6, 2024. (Docket No. 14.) However, due to an unresolvable conflict, the initial case management conference is **RESCHEDULED** for **March 19, 2024, at 2:00 p.m. (CT)**[1] using the Court's conference line at 1-877-402-9753, access code 3808663#.

The Court will utilize the parties' proposed initial case management order (Docket No. 15), unless, by no later than **three (3) business days** in advance of the initial case management conference, the parties file a revised proposed initial case management order, a Word formatted copy of which must also be separately emailed to the Courtroom Deputy.

It is SO ORDERED.

_____
BARBARA D. HOLMES
United States Magistrate Judge

---

[1] If this date and time present an unresolvable conflict, counsel must promptly contact Megan Cobos, Courtroom Deputy, at Megan_Cobos@tnmd.uscourts.gov, to obtain another mutually agreeable date and time available on the Court's calendar and then must file a motion to reschedule.