UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JOSEPH COCCHINI, | ) |
| Plaintiff, | ) |
| v. | ) No. 3:23-cv-01185 |
| THE CITY OF FRANKLIN, TENNESSEE, et al., | ) |
| Defendants. | ) |
| BRIAN RUSSELL, et al. | ) |
| Plaintiffs, | ) |
| v. | ) No. 3:24-cv-00223 |
| THE CITY OF FRANKLIN, TENNESSEE, | ) |
| Defendant. | ) |
| TIMOTHY BROWN, | ) |
| Plaintiff, | ) |
| v. | ) No. 3:24-cv-00497 |
| THE CITY OF FRANKLIN, TENNESSEE, | ) |
| Defendant. | ) |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, the Court rules as follows: Plaintiffs' Motion for Summary Judgment (Doc. No. 61), Officer Spry's Motion for Summary Judgment (Doc. No. 69), and Plaintiffs' Motion to Strike Affidavits (Doc. No. 73) are **DENIED**; and the City's Motion for Summary Judgment (Doc. No. 65) is **GRANTED IN PART**

on Plaintiffs' First Amendment free exercise claims, and Plaintiff Timothy Brown's ("Brown") Fourteenth Amendment Due Process claim and request for injunctive relief, and is **DENIED IN PART** in all other respects. Because Plaintiffs Joseph Cocchini, Brian Russel, Marvin Young, and Jeremy Slayden have all abandoned their Fourteenth Amendment Equal Protection Clause claims against Defendants, those claims are also **DISMISSED**.

This case is set for a jury trial on September 9, 2025. Accordingly, the parties shall proceed to mediation. On or before Monday, **June 9, 2025**, the parties shall confer and file a joint notice setting forth: (1) their agreed mediator; and (2) the agreed date or dates of mediation, which shall take place on or before Monday, **July 14, 2025**. If the parties cannot agree on a mediator within the time limit allowed, the Court will select a mediator for them.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE