IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| JOSEPH COCCHINI, | ) |
| -vs- | ) |
| THE CITY OF FRANKLIN, et al., | ) Case No. 3:23-cv-01185 |
| BRIAN RUSSELL, et al. | ) |
| -vs- | ) |
| THE CITY OF FRANKLIN. | ) Case No. 3:24cv-000223 |
| TIMOTHY BROWN, | ) |
| v. | ) Case No. 3:24-00497 |
| CITY OF FRANKLIN | ) |

**JOINT NOTICE OF MEDIATION DETAILS**

Come now the parties, jointly, and file this notice of mediation details pursuant to the Court's Order (Doc. 97). The parties have conferred and scheduled mediation of this matter for July 10, 2025, with John J. Griffin, Jr. of Kay Griffin, PLLC.

Respectfully submitted this 9th[th] day of June, 2025.

/s/ Larry L. Crain
Larry L. Crain, Tenn.Sup. Crt. # 9040
CRAIN LAW GROUP, PLLC
5214 Maryland Way, Suite 402
Brentwood, TN  37027
Tel. (615) 376-2600
Email:  Larry@crainlaw.legal

Emily A. Castro
Tn. Supr. Crt. No.  28203
5214 Maryland Way
Suite 402
Brentwood, TN  37027
Tel.  615-376-2600
Fax. 615-345-6009
Email: Emily@crainlaw.legal

*Attorneys for Plaintiffs Joseph Cocchini, Brian Russell, Marvin Young and Jeremy Slayden*


/s/ Kristin Fecteau Mosher
Kristin Fecteau Mosher
Law Office of Kristin Fecteau, LLC
5543 Edmondson Pike, Suite 229
Nashville, TN 37211
615-496-5747
kristin@fecteaulaw.com

Frederick H. Nelson
American Liberties Institute
11911 Egret Bluff
Clermont, FL 34711
407-786-7007
rick@ali-usa.org


*Attorneys for Plaintiff Timothy Brown*

/s/ Gina S. Vogel
Gina S. Vogel
Jeffrey R. Thompson
Lewis Thomason, PC
900 South Gay Street, # 300
Knoxville, TN 37902

jrthompson@lewisthomason.com
gvogel@lewisthomason.com

Shauna R. Billingsley
*City Attorney*
William E. Squires
*Assistant City Attorney*
J. Blake Harper
*Staff Attorney*
City of Franklin, Tennessee
109 3rd Avenue South
Franklin, TN 37064
shauna.billingsley@franklintn.gov
bill.squires@franklintn.gov
blake.harper@franklintn.gov

*Attorneys for Defendant City of Franklin*


/s/ W. Carl Spining
W. Carl Spining
Michael T. Schmitt
Ortale Kelley Herbert & Crawford
330 Commerce Street, Suite 110
Nashville, TN 37201
cspining@ortalekelley.com
615-256-9999

*Attorneys for Defendant Kevin Spry*


## CERTIFICATE OF SERVICE

The undersigned certifies that on the 9th day of June, 2025, a true and exact copy of this Joint Notice of Mediation Details was filed electronically. Notice of this filing will be sent by operation of the court's electronic filing system to all parties indicated on the electronic filing receipt as follows:

Larry L. Crain
Emily A. Castro
Crain Law Group, PLLC
5214 Maryland Way, Suite 402
Brentwood, TN 37027
Larry@crainlaw.legal
Emily@crainlaw.legal

Kristin Fecteau Mosher, Esq.
The Law Office of Kristin Fecteau, PLLC
5543 Edmonson Pike, Suite 229
Nashville, Tennessee 37211
kristin@fecteaulaw.com

Frederick H. Nelson, Esq.
American Liberties Institute
P. O. Box 547503
Orlando, Florida 32854-7503
rick@ali-usa.org

W. Carl Spining
Michael T. Schmitt
Ortale Kelley Herbert & Crawford
330 Commerce Street, Ste. 110
Nashville, TN 37201
cspining@ortalekelley.com
MSchmitt@ortalekelley.com

/s/ Gina S. Vogel